**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Melvin BLACKMON, Defendant–
Appellant,**

No. 16–1240

United States Court of Appeals,
Eighth Circuit.

Submitted: June 21, 2016

Filed: June 29, 2016

Rebecca L. Kurz, Research and Writing Specialist, Office of the Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, Stephen C. Moss, Asst Fed. Public Defender, on the brief), for appellant.

David A. Barnes, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before COLLOTON, GRUENDER, and KELLY, Circuit Judges.

PER CURIAM.

Melvin Blackmon directly appeals after the district court[1] revoked his supervised release, and sentenced him to 18 months in prison. For reversal, he argues that the

revocation sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 915–17 (8th Cir. 2009); *United States v. Merrival*, 521 F.3d 889, 890–91 (8th Cir. 2008). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District